LAW OFFICES

*Lightman & Manochi*

GARY P. LIGHTMAN†
GLENN A. MANOCHI*
W. LYLE STAMPS

1520 LOCUST STREET, 12TH FLOOR
PHILADELPHIA, PA 19102-4401

(215) 545-3000
TELECOPIER (215) 545-3001

NEW JERSEY OFFICE
8 RANOLDO TERRACE
CHERRY HILL, NJ 08034

TELEPHONE (856) 795-9669
TELECOPIER (856) 795-9339

† MEMBER PA NJ DC & FL BARS
* MEMBER PA NJ NY & CT BARS

February 15, 2019

Hon. Joel Schneider, U.S.M.J.
United States District Court for the
District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**VIA TELECOPY (856) 757-5355**

Re:   Marshelle Hightower v. Ingerman Management Corp. et. al.
      USDC, DNJ, Docket No. 17-cv-8025 (RMB/JS)
      ---
      **Andre'a McDonald v IMC, Docket No. 17-cv-12787**

Dear Judge Schneider:

      We represent defendants in the above-referenced Hightower case. By prior Order, Your Honor established February 19, 2019 as the deadline for defendants to respond to plaintiff's outstanding three motions (for leave to file third amended complaint; to compel deposition questions be answered and for sanctions; and a spoliation motion). We are in the process of filing defendants' response to the motion to file third amended complaint (and I hope my office has e-filed that response by the time you get this letter) (I am working from home, on a limited basis, while I recuperate from my 2/5 replacement knee surgery). I also am nearing completion of defendants' response in opposition to the motion to compel deposition questions and sanctions, but am concerned about meeting the Court's 2/19 filing deadline. Accordingly, we respectfully request a brief extension, from 2/19 through 2/25, for defendants to file their responses to those two remaining motions.

      Opposing counsel, Caren Gurmankin, Esquire, has no objection to our request, and asks for a similar six-day extension of her time to file any reply (to which request we do not object).

*Lightman & Manochi*

Hon. Joel Schneider, U.S.M.J.
United States District Court for the
District of New Jersey
February 15, 2019
Page | 2

      Thank you for Your Honor's consideration. Please feel free to contact us, should the Court have any questions or problems or should the Court desire any further information from us.

                                                  Respectfully,

                                                  GARY LIGHTMAN

GPL:no

cc:    Caren Gurmankin/Fernando Rivera, Esquires
        Shaina Hicks/Shannon Farmer, Esquires
        W. Lyle Stamps, Esquire
        clients
           (each via email)