[C.A. No. 17-8025,  Doc. No. 71]
[C.A. No. 17-12787, Doc. No. 54]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARSHELLE HIGHTOWER,<br><br>             Plaintiff,<br><br>    v.<br><br>INGERMAN MANAGEMENT CO.,<br>et al.,<br><br>             Defendants. | Civil No. 17-8025 (RMB/JS) |
| ANDRE'A MCDONALD,<br><br>             Plaintiff,<br><br>    v.<br><br>INGERMAN MANAGEMENT CO.,<br><br>             Defendant. | Civil No. 17-12787 (NLH/JS) |

**O R D E R**

This matter is before the Court on plaintiffs' "Motion for Sanctions and to Compel Deposition Testimony from Defendants' Witnesses" ("motion") [C.A. No. 17-8025, Doc. No. 71; C.A. No. 17-12787, Doc. No. 54]; and the Court having received defendants' opposition and "Cross-Motion for Protective Relief Under Rule 26(c)(1) and to Limit Depositions Under Rule 30(b)(3) and for Sanctions" ("cross-motion") [C.A. No. 17-8025, Doc. No. 108]; and the Court having held oral argument on June 20, 2019; and for all

1

the reasons stated by the Court in its Oral Opinion issued on the record,

IT IS HEREBY ORDERED this 24th day of June 2019, that plaintiffs' motion is GRANTED in part and DENIED in part; and it is further

ORDERED as follows:

1. Plaintiffs are granted leave to depose Marty Josephs and Drew Bennett for an additional two (2) hours, but only as to questions the witnesses were instructed not to answer or refused to answer at their depositions.
2. Plaintiffs' request for defendants to reimburse plaintiffs for their fees and costs is DENIED.
3. Defendants shall pay for the Court Reporter and plaintiffs' copy of the deposition transcripts of Josephs and Bennett;

and it is further

ORDERED that defendants' cross-motion for protective relief and sanctions is DENIED; and it is further

ORDERED that if a dispute arises at the deposition of Josephs and Bennett the Court shall be contacted; and it is further

ORDERED that defendants' counsel is barred from making "speaking objections" or instructing witnesses not to answer questions not asking for privileged information.

s/ Joel Schneider<br>
JOEL SCHNEIDER<br>
United States Magistrate Judge