LAW OFFICES

# Lightman & Manochi

GARY P. LIGHTMAN +
GLENN A. MANOCHI *
W. LYLE STAMPS †

+ MEMBER PA NJ DC & FL BARS
* MEMBER PA NJ NY & CT BARS
† MEMBER PA & NJ BARS

600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462

(215) 545-3000
TELECOPIER (215) 545-3001

New Jersey:
(856) 795-9669
TELECOPIER (856) 795-9339

May 24, 2022

The Honorable Christine P. O'Hearn, Judge
United States District Court for the
 District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**VIA ECF FILING**

Re: **Marshelle Hightower v. Ingerman Management Corp. et. al.**
**USDC, DNJ, Docket No. 17-cv-8025-CPO-MJS**

Dear Judge O'Hearn,

We respectfully request that the Court provide defendants with a copy of the jury array, at the Court's earliest convenience.

Thank you for Your Honor's consideration.

Respectfully,

*Gary Lightman*
Gary Lightman

GPL:kdt

cc: Laura C. Mattiaci, Esquire
 Caren N. Gurmankin, Esquire
 (each via email)