UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

**CASE NO:** 17-8025          **DATE:** 6/9/22

**NAME OF CASE:** Hightower v. Ingerman Management Co.          **QUESTION #** 1

The jury would like to see the transcripts of Mr. Ingerman's Testimony.

                                                                                                              _____
                                                                                                                    FOREPERSON

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

**CASE NO:** 17-8025    **DATE:** 6/8/22

**NAME OF CASE:** Hightower v. Ingerman Management Co.    **QUESTION #** 2

Jury Instruction #20 does not discuss retaliation explicitly. Are we to <u>not</u> take retaliation into account?

FOREPERSON

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JURY NOTE

CASE NO: 17-8025  DATE: 6/9/22

NAME OF CASE: Hightower v. Ingerman Management Co.   QUESTION # 3

Jury instruction #20 states "preponderance of evidence" in order to permit punitive damages while the Jury Verdict Sheet asks for proof by "clear and convincing evidence". Which standard are we to adopt?

_____
FOREPERSON