IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARSHELLE HIGHTOWER<br><br>Plaintiff,<br><br>v.<br><br>INGERMAN MANAGEMENT COMPANY, and BRAD INGERMAN,<br><br>Defendants. | CIVIL ACTION NO. 17-8025 |

## JURY VERDICT SHEET
## PUNITIVE DAMAGES AMOUNT ONLY

10. What amount of punitive damages, if any, do you find appropriate in this case under New Jersey law:

$ __500,000__

*You are finished your deliberations. Please have the foreperson sign and print his or her name where shown below, and tell the Court Attendant that you have concluded your deliberations.*

SIGNED BY JURY FOREPERSON: